## GEORGE v. FELLOWS.

The proviso of Gen. St., c. 206, s. 5, exempting sheriffs from arrest on civil process, does not apply to deputy sheriffs.

TROVER, for property attached by the defendant, as a deputy sheriff, which the plaintiff claimed as exempted from attachment. The defendant, having been arrested and held to bail upon the writ, at the return term moved that his bail be discharged, and that he be discharged from arrest. The court denied the motion, and the defendant excepted.

*S. B. Page* and *Bingham & Mitchell*, for the plaintiff.

*Carpenter*, for the defendant.

CLARK, J. The word "sheriff," as used in the General Statutes, does not include deputies. In statutes applying to deputy sheriffs, they are generally named. Gen. St., c. 56, ss. 3, 4, 6, 7; c. 170, s. 17; c. 194, s. 3; c. 197, ss. 6, 10, 11, 12, 17, 19, 21; c. 198, s. 7; c. 206, s. 5.

*Exception overruled.*

STANLEY, J., did not sit.